UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY SMITH,

      Plaintiff,

v.

CORPORATION FOR
NATIONAL AND COMMUNITY
SERVICE,

      Defendant.
_____/

Case No. 2:16-cv-13700
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

## ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC STATUS CONFERENCE (DE 9)

On March 3, 2017, Plaintiff, who is proceeding without the assistance of counsel, filed a request for Judge Roberts to hold a telephonic conference in this matter. (DE 9.) Judge Roberts referred this case to me for all pretrial matters on March 20, 2017. (DE 12.)

Plaintiff does not indicate the purpose of the call. Nor is there any action related to this case that would prompt such a request. Plaintiff filed her complaint on October 18, 2016 and Defendant filed a motion to dismiss on November 8, 2016. (DE 1-2.) The motion to dismiss is fully briefed and awaiting ruling by this Court. Nevertheless, the Court will grant Plaintiff's request and hold a brief telephonic status conference on **WEDNESDAY, MARCH 29, 2017 AT 11:00**

**A.M.** Defendant's counsel shall initiate the conference by calling into my chambers at (313) 234-5200 with Plaintiff on the line.

**IT IS SO ORDERED.**

Dated: March 22, 2017                          s/Anthony P. Patti
                                               Anthony P. Patti
                                               UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 22, 2017, electronically and/or by U.S. Mail.

                                               s/Michael Williams
                                               Case Manager for the
                                               Honorable Anthony P. Patti